Laura Krank
Attorney at Law:  220208
Law Offices of Rohlfing & Kalagian
211 East Ocean Boulevard, Suite 420
Tel: (562) 437-7006
Fax: (562) 432-2935
E-mail: Laura_RK.office@speakeasy.net

Attorneys for ELIZABETH OSORIO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH OSORIO, <br><br> Plaintiff, <br><br> vs. <br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:09-CV-568 SS <br><br> STIPULATION TO DISMISSAL WITH PREJUDICE |

TO THE HONORABLE OLIVER W. WANGER, DISTRICT JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

respective counsel, that the court shall dismiss the above-captioned proceeding with prejudice. Each side to bear their own costs and expenses including, but not limited to, attorney fees under the EAJA, and otherwise.

DATE: September 22, 2009    Respectfully submitted,

                                       LAW OFFICES OF ROHLFING & KALAGIAN

                                       BY: ___/s/ - Laura Krank_____
                                                  Laura Krank

                                       Attorney for plaintiff ELIZABETH OSORIO

DATE: September 18, 2009    Lawrence G. Brown
                                     United States Attorney
                                     LEON W. WEIDMAN
                                     Chief, Civil Division

                                       */s/*
                                       SHEA BOND
                                       Special Assistant United States Attorney
                                       Attorney for Defendant

                                       *By email authorization on September 18, 2009

IT IS SO ORDERED

DATED: September 22, 2009

                                       /s/ OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com